# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

152558

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LESLIE WAYNE McGINNIS,
    Defendant-Appellant.

SC: 152558
COA: 320629
Wayne CC: 13-005757-FH

_____/

On order of the Court, the application for leave to appeal the September 10, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk

t0525